UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA                :
                                        :
                                        : Docket No.    Misc. 08-290
    vs.                                 :
                                        :
                                        :
ARTHUR MARINO                           :        ORDER
        Defendant(s)                    :

This matter having been opened to the Court on Notice of Motion by Koribanics and Koribanics, Attorneys for Plaintiff, for an Order to Extend Surrender Date of Arthur Marino.

IT IS ON THIS __13th__ day of __October__ 2011.

~~HEREBY ORDERED that Arthur Marino's Surrender date be postponed until _____, 2011.~~  **Denied\***

IT IS FURTHER ORDERED that a copy of this Order shall be served on all parties within __7__ Days.

_____
J.S.C.

DATED:

\* No medical information in support of request has been submitted.

SDW